## 65649. WIMBISH v. THE STATE.

QUILLIAN, Presiding Judge.

The instant appeal arose out of the Gwinnett Superior Court's dismissal of appellant's appeal from a judgment by the Recorder's Court of the City of Snellville. *Held:*

Under OCGA § 5-6-35 (formerly Code Ann. § 6-701.1) — "(a) Appeals in the following cases shall be taken as provided in this Code section: (1) Appeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings . . ." Thus, the instant case should have been brought under the provisions of the code section pertaining to discretionary appeals and the failure to do so subjects it to dismissal. *Field Developers v. City of Atlanta,* 158 Ga. App. 388 (280 SE2d 364).

*Appeal dismissed. Sognier and Pope, JJ., concur.*

DECIDED APRIL 6, 1983.

*John M. Miles,* for appellant.
*W. Bryant Huff, District Attorney,* for appellee.